UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELICA RAMOS, <br><br> Plaintiff, <br> v. <br><br> BRAND ENERGY SOLUTIONS, LLC, <br><br> Defendant. | CASE NO. C15-0840JLR <br><br> ORDER DIRECTING THE CLERK TO UNSEAL THE COURT'S ORDER |

On February 3, 2017, the court entered an order granting Defendant Brand Energy Solutions, LLC's ("Brand") motion to enforce the parties' settlement agreement. (Order (Dkt. # 85).) The court provisionally filed the order under seal because the order addresses sections of the settlement agreement, which Brand had sought to keep confidential. (*See id.* at 10.) The court directed the parties to file a motion within ten (10) days setting forth good cause if they wished any portion of the order to remain under seal. (*See id.* at 10-11.) The court notified the parties that if neither of them filed a

ORDER - 1

1  motion by that date, the court would direct the Clerk to unseal the order.  (*Id.* at 11.)  No

2  party has filed a motion seeking to maintain the seal on any portion of the court's order.

3  (*See generally* Dkt.)  Accordingly, the court DIRECTS the Clerk to remove the seal on

4  the court's February 3, 2017, order (Dkt. # 85).

5      Dated this 28th day of February, 2017.

JAMES L. ROBART
United States District Judge

ORDER - 2