UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELICA RAMOS,<br><br>                       Plaintiff,<br>     v.<br><br>BRAND ENERGY SOLUTIONS, LLC,<br><br>                       Defendant. | CASE NO. C15-0840JLR<br><br>ORDER DIRECTING CLERK TO UNSEAL ORDER |

On May 8, 2017, the court entered an order granting Plaintiff Angelica Ramos's motion for attorney's fees. (*See* Order (Dkt. # 97).) The court provisionally filed the order under seal because the order addresses sections of the parties' settlement agreement. (*Id.* at 13.) The court ordered the parties to file a motion within ten (10) days of the date of the order if either of them wished to maintain any portion of the order under seal. (*Id.*) No party filed a motion to maintain the seal within the court's timeframe.

(*See generally* Dkt.)  Accordingly, the court DIRECTS the Clerk to remove the seal on docket number 97.

Dated this 31st day of May, 2017.

*[signature]*

JAMES L. ROBART
United States District Judge