THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELICA RAMOS, Plaintiff, vs. BRAND ENERGY SOLUTIONS, LLC, a foreign limited liability company, Defendant. | No. 15- CV-00840-JLR<br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE<br>(Clerk's action required)<br>Note on Calendar: June 14, 2017 |

**STIPULATION**

**THE PARTIES**, by and through their undersigned counsel of record, hereby stipulate and agree that this action, including any and all claims, shall be dismissed with prejudice and without costs and/or fees to any party.

DATED this 12th day of June, 2017.

PREMIER LAW GROUP PLLC
1408 140th Place NE
Bellevue, WA 98007
(206) 285-1743 / Fax: (206) 599-6316

PREMIER LAW GROUP PLLC

By *s/Patrick J. Kang*

Patrick J. Kang, WSBA #30726
PREMIER LAW GROUP PLLC
1408 140th Place NE
Bellevue, WA 98007
Phone: (206) 285-1743
Fax: (206) 599-6316
Email: patrick@premierlawgroup.com

*Attorney for Plaintiff*

RIDDELL WILLIAMS P.S.

By [signature]

Gena M. Bomotti, WSBA #39330
RIDDELL WILLIAMS P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154-1192
Phone: 206-624-3600
Email: gbomotti@riddellwilliams.com

Michael C. Sullivan, *Pro Hac Vice*
Paul Plevin, Sullivan & Connaughton LLP
101 West Broadway, 9th Floor
San Diego, CA 92101
Phone: 619-237-5200
Email: msullivan@paulplevin.com

*Attorneys for Defendant*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
(No. 15- CV-00840-JLR) - 2

PREMIER LAW GROUP PLLC
1408 140th Place NE
Bellevue, WA 98007
(206) 285-1743 / Fax: (206) 599-6316

**ORDER**

**THIS MATTER** having come before the court upon the foregoing stipulation of the parties and the Court being fully advised, now therefore:

**IT IS HEREBY ORDERED** that this action and all claims asserted herein are hereby dismissed with prejudice and without costs or fees to any party.

DATED this 16th day of June, 2017.

HONORABLE JAMES L. ROBART

Jointly Presented By:

**PREMIER LAW GROUP, PLLC**

By: *s/Patrick J. Kang*
Patrick J. Kang, WSBA #30726

Attorney for Plaintiff

**RIDDELL WILLIAMS P.S.**

By:____________________
Gena M. Bomotti, WSBA #39330
Attorney for Defendant

Attorney for Defendant

PREMIER LAW GROUP PLLC
1408 140th Place NE
Bellevue, WA 98007
(206) 285-1743 / Fax: (206) 599-6316